UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21226
    TANZELLA L HAWTHORNE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2573

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/13/2007 and was confirmed 01/10/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVCING | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVCING | MORTGAGE ARRE | 6410.47 | .00 | 1691.23 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | 966.40 | .00 | 250.05 |
| AMERICAN HONDA FINANCE | SECURED VEHIC | 31396.00 | 2168.70 | 1731.30 |
| AMERICAN HONDA FINANCE C | UNSECURED | 287.65 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 692.52 | .00 | .00 |
| ECAST SETTLEMENT | UNSECURED | 546.27 | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 4042.85 | .00 | .00 |
| HSBC BANK NEVADA NA | UNSECURED | 686.04 | .00 | .00 |
| ROBBIE BOOKER | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | .00 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,493.00 | | 3,493.00 |
| TOM VAUGHN | TRUSTEE | | | 790.64 |
| DEBTOR REFUND | REFUND | | | 880.88 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 11,005.80

PRIORITY                                          .00
SECURED                                      3,672.58
    INTEREST                                 2,168.70
UNSECURED                                         .00
ADMINISTRATIVE                               3,493.00
TRUSTEE COMPENSATION                           790.64
DEBTOR REFUND                                  880.88
                        ---------------      ---------------
TOTALS                  11,005.80            11,005.80

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 21226 TANZELLA L HAWTHORNE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09                      /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE